# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY HALGAT, et al,<br><br>Defendants. | 2:13-cr-00239-JAD-PAL<br><br>order<br><br>~~Motion for a~~ Protective Order |



## ORDER

Based on the Government's Motion for a Protective Order, and good cause appearing therefore, the Court hereby:

1. Grants a Protective Order to limit disclosure to the public, or any third party not directly related to this case, information relating to personnel records of Los Angeles County Sheriff's Office (LASO) Deputy and ATF TFO Augustino Brancato (hereinafter referred to as the "protected information").

2. Further orders that without leave of Court, the parties to this matter, defined herein for the matters of this protective order as the Government, counsel for the defendant, as well as employees of Craig Drummond, Esq., and Melanie Hill, Esq., shall not:

    a.   make copies for, or allow copies of any kind to be made by any other person of the protected information;

    b.   allow any other person to read the protected information; and

    c.   use of the protective information for any other purpose other than preparing to

defend against the charges in the Indictment or any further superseding indictment arising out of this case; and

3. Further, the Court orders that the parties inform the Court any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

4. Finally, the Court orders that upon conclusion of this action, the defendant's attorneys return to the United States, or destroy and certify to government counsel the destruction of the protected information, within a reasonable time, not to exceed thirty days after the last appeal is final.

Based on the foregoing, IT IS THEREFORE ORDERED the Government's Motion for a Protective Order is hereby GRANTED, consistent with this Order.

Dated this 27th day of October, 2014.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE