# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:13-cr-00239-JAD-PAL |
| vs. | 2:13-cr-00241-APG-VCF |
| JERERMY HALGAT, | **ORDER** |
| Defendant. | |

Before the Court is the Motion to Modify Defendant Jeremy Halgat's Conditions of Release on Appearance Bond Temporarily to Attend his recently Deceased Co-Defendant's Memorial Service on May 30, 2015.  (#297 and #186).

IT IS HEREBY ORDERED that any opposition to Motion to Modify Defendant Jeremy Halgat's Conditions of Release on Appearance Bond Temporarily to Attend his recently Deceased Co-Defendant's Memorial Service on May 30, 2015 (#297 and #186) must be filed by May 27, 2015.

IT IS FURTHER ORDERED that a hearing on the Motion to Modify Defendant Jeremy Halgat's Conditions of Release on Appearance Bond Temporarily to Attend his recently Deceased Co-Defendant's Memorial Service on May 30, 2015.  (#297 and #186) and the Motion to Modify Defendant Jeremy Halgat's Conditions of Release on PR Bond Temporarily to Travel for a Business Trip (#184 and #295), is scheduled for 9:00 a.m., May 29, 2015, in courtroom 3D.

DATED this 21st day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE