# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEREMY HALGAT,<br><br>　　　　Defendant. | 2:13-cr-00239-JAD-PAL<br><br>2:13-cr-00241-APG-VCF<br><br>**ORDER** |

　　　Before the Court is Defendant's Motion to Modify Defendant Jeremy Halgat's Conditions of Release on PR Bond to Allow Him to Obtain a U.S. Passport and Motion to Temporarily Modify His PR Bond to Allow him to Travel Internationally on a Business Trip (ECF NOS. 336 and 237).

　　　IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Modify Defendant Jeremy Halgat's Conditions of Release on PR Bond to Allow Him to Obtain a U.S. Passport and Motion to Temporarily Modify His PR Bond to Allow him to Travel Internationally on a Business Trip (ECF NOS. 336 and 237) is scheduled for 2:00 PM, March 15, 2017, in Courtroom 3D.

　　　DATED this 7th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE