MELANIE A. HILL
Nevada State Bar No. 8796
LAW OFFICE OF MELANIE HILL
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Tel: (702) 362-8500
Fax: (702) 362-8505
*Attorney for Defendant Jeremy Halgat*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY HALGAT,<br><br>Defendant. | 2:13-cr-00239-JAD-PAL<br><br>2:13-cr-00241-APG-VCF<br><br>**STIPULATION TO MODIFY DEFENDANT JEREMY HALGAT'S CONDITIONS OF RELEASE ON APPEARANCE BOND TO ALLOW HIM TO APPLY FOR A U.S. PASSPORT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Cristina Silva and Andrew Duncan, Assistant United States Attorneys, counsel for the United States of America, and Melanie A. Hill, counsel for defendant Jeremy Halgat that condition 8(h) of Mr. Halgat's PR Bond stating that the "Defendant must obtain no passport [Dkt #27 in 2:13-cr-00239 and Dkt #19 in 2:13-cr-00241] be removed to allow him to apply for a U.S. Passport for an upcoming business trip he is seeking Court permission to take. The Court set a hearing to address this issue and Mr. Halgat's motion to travel internationally for Wednesday, March 15, 2016. Due to the timing of the trip and the length of time it takes to obtain an expedited passport, the Government has agreed to stipulate to allow Mr. Halgat to apply for his U.S. Passport prior to next week's hearing.

This requested modification has been approved by Pretrial Services who does not oppose Mr. Halgat's request to obtain a passport and travel internationally on business pending Court approval.

DATED this 8th day of March, 2017.

| MELANIE HILL<br>Law Office of Melanie Hill<br><br>By: /s/ Melanie A. Hill<br>　　MELANIE A. HILL<br>　　*Attorney for Defendant Jeremy Halgat* | DANIEL G. BOGDEN<br>United States of America<br><br>By: /s/ Cristina Silva<br>　　CRISTINA SILVA<br>　　*Attorney for Plaintiff* |

## **ORDER**

IT IS HEREBY ORDERED that condition 8(h) of Mr. Halgat's PR Bond stating that the "Defendant must obtain no passport" [Dkt #27 in 2:13-cr-00239 and Dkt #19 in 2:13-cr-00241] be removed to allow him to apply for a U.S. Passport for an upcoming business trip he is seeking Court permission to take.

DATED 8th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE