# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JEREMY HALGAT,<br><br>        Defendant. | 2:13-cr-00241-APG-VCF<br><br>2:13-cr-00239-JAD-PAL<br><br>**ORDER** |

      Before the Court is the Motion by Defendant Jeremy Halgat for Release from Pretrial Services Supervision filed in the above reference cases as ECF Nos. 251 and 347.

      IT IS HEREBY ORDERED that any opposition to the Motion by Defendant Jeremy Halgat for Release from Pretrial Services Supervision filed in the above reference cases as ECF Nos. 251 and 347 must be filed on or before May 26, 2017. Any reply must be filed on or before June 2, 2017.

      DATED this 16th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE